UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGGRIGATOR, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br> HUNGRYROOT, INC., <br><br>　　　　　　Defendant. | Case No.  24-cv-02418-VKD <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** <br><br> Re: Dkt. No. 22 |

　　　　The parties advise that they have settled this matter.  Dkt. No. 22.  Accordingly, all pending deadlines and appearances are vacated.  On or before **April 15, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

　　　　If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **April 22, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 15, 2025** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

　　　　**IT IS SO ORDERED.**

Dated: February 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge